No. D–1803. IN RE DISBARMENT OF SCHWARTZ. Fred A. Schwartz, of Miami, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1804. IN RE DISBARMENT OF COOLEY. Donald R. Cooley, of Springfield, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law .in this Court.

No. D–1805. IN RE DISBARMENT OF SCHLOTTMAN. Brent Alan Schlottman, of Chandler, Ariz., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–75. MILTON v. WORLD SAVINGS AND LOAN ASSN.;
No. M–76. MAUDAL v. TEXAS INSTRUMENTS CORP. ET AL.; and
No. M–77. SPEARS v. DSM COPOLYMER, INC. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 96–1060. MILLER v. ALBRIGHT, SECRETARY OF STATE. C. A. D. C. Cir. [Certiorari granted, ante, p. 1195.] The order granting the petition for writ of certiorari is amended to read: Certiorari granted limited to the following question: "Is the distinction in 8 U. S. C. § 1409 between 'illegitimate' children of United States citizen mothers and 'illegitimate' children of United States citizen fathers a violation of the Fifth Amendment to the United States Constitution?"

No. 96–1405. SMITHS INDUSTRIES MEDICAL SYSTEMS, INC. v. KERNATS, A MINOR, BY KERNATS, HER MOTHER AND NEXT FRIEND, ET AL. App. Ct. Ill., 1st Dist. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 96–8443. IN RE SHORT;
No. 96–8601. IN RE WILLIAMS; and
No. 96–8639. IN RE RODRIGUEZ. Petitions for writs of habeas corpus denied.